**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 18 1988

[signature], CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES,

    Plaintiff,

vs.

No. CIV 88-0385 JC

LOU GALLEGOS, Secretary,
New Mexico Human Services
Department,

ENTERED ON DOCKET
7-18-88

    Defendant.

### ORDER

THIS MATTER came on for consideration of defendant's Motion to Dismiss Without Prejudice or to Stay Discovery, filed May 19, 1988. The Court has reviewed the motion and memoranda submitted by the parties, and being otherwise fully advised in the premises, finds that the motion is not well-taken and will be denied.

Wherefore,

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendant's Motion to Dismiss Without Prejudice or to Stay Discovery be, and hereby is, **denied.**

DATED this 15th day of July, 1988.

[signature]
UNITED STATES DISTRICT JUDGE