IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
AT ALBUQUERQUE

FEB 07 1991

ROBERT M. MARCH
CLERK

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.

ALEX VALDEZ, Secretary,
New Mexico Human Services
Department,

    Defendants.

No. CIV 88-0385 JC
Consolidated with
No. CIV 88-0786 JB

## ORDER

The parties to this action having met and conferred over an extension of time needed in order for Defendant to comply with the terms of the Settlement Agreement and have agreed to apply for this extension. Specifically, the parties to this action have agreed to allow Defendant to enter into a literary review contract by January 31, 1991; to have literacy review completed in 30 days; and to have all of the forms printed and disbursed to the Defendant's field offices by March 30, 1991. The parties have also agreed that no other deadlines outlined in the Settlement Agreement are altered or affected by this extension; and for good cause being shown, it is ordered as follows:

    1.    that Defendants enter into a literacy review contract by no later than January 31, 1991;

    2.    that the literacy review expert complete the review of forms within 30 days;

    3.    that Defendants implement the forms by no later than March 30, 1991; and



4. that this extension will not alter nor affect any other deadlines contained in the Settlement Agreement.

_____
DISTRICT JUDGE JOHN E. CONWAY

Submitted by:

_____
Diane Garrity
Assistant General Counsel
Office of General Counsel
Human Services Department
P.O. Box 2348
Santa Fe, New Mexico  87504-2348
(505) 827-4115


Approved via Telephone 1/30/91
Clark de Schweinitz
Northern New Mexico Legal Services, Inc.
P.O. Box 5175
Santa Fe, New Mexico  87501
(505) 982-2504