IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES,
Individually and on behalf of all
Others similarly situated,

      Plaintiff,

vs.                                                                  CIV 88-0385 KG/ACT
                                                                      Consolidated with
                                                                      CIV 88-0786 JC/ACT

SIDONIE SQUIER, Secretary of the
New Mexico Human Services Department,

      Defendant.

**ORDER GRANTING MOTION FOR EXPEDITED REVIEW AND
SETTING TELEPHONIC STATUS CONFERENCE**

      This matter comes before the Court on *Plaintiffs' Motion for Expedited Review of Plaintiffs' Motion to Hold Defendant in Contempt and for Sanctions and Request for Hearing* (Doc. 455). The Court being advised, FINDS the motion should be granted.

      IT THEREFORE ORDERED that a status conference will be held by telephone on **THURSDAY, JANUARY 9, 2014 at 10:00 a.m**. Counsel shall be prepared with their respective calendars to schedule an evidentiary hearing on *Plaintiffs' Motion to Hold Defendant in Contempt and for Sanctions* (Doc. 438) to be held in Las Cruces, New Mexico. Please call my meet-me conference line at 505-348-2354 to be joined to the proceedings.

                                                                                 _____
                                                                                UNITED STATES DISTRICT JUDGE