IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

<u>Clerk's Minutes</u>

<u>Before the Honorable Kenneth J. Gonzales</u>

**Case No.**  Civ. No. 88-385 KG/GBW

**Date:**  January 9, 2014

**Title:**  Hatten-Gonzales v. Valdez

**Courtroom Clerk:**  Kevin Grzebielski

**Court Reporter:**  Danna Schutte Everett

**Court Interpreter:**  None

**Court in Session:**  10:00 a.m.   **Court in Recess:**  10:12 a.m.   **Total Court Time:** 12 mins.

**Type of Proceeding:**  Status conference

**Court's Rulings/Disposition:** Evidentiary hearing on pending motions to be set in Albuquerque on March 24 and 25, 2014, at 9:00 a.m.  The parties must submit to the Court a pre-hearing order no later than January 24, 2014.

**Order consistent with court's ruling to be prepared by:**  Court

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**

Gail J. Evans

**ATTORNEYS PRESENT FOR DEFENDANT(S):**

Jerry A. Walz
Raymond W. Mensack

<u>PROCEEDINGS:</u>

10:00   COURT IN SESSION

Counsel state that they believe an evidentiary hearing on the pending motions will last two days. The Judge sets an evidentiary hearing on the pending motions for March 24 and 25, 2014. The evidentiary hearing will be held in Albuquerque.

The Judge sets January 24, 2014, as the deadline for Counsel to provide a pre-hearing order outlining what counsel expect at the evidentiary hearing. The pre-hearing order should include mutually agreed upon discovery deadlines.

*Ms. Evans states that she anticipates filing another motion in this case. The Judge states that the evidentiary hearing beginning on March 24, 2014, will be limited to the two pending motions.*

*The Judge asks whether counsel believe there would be any benefit to engage in mediation on the pending motions. Counsel state that they believe mediation would be beneficial. The Judge will contact the magistrate judge to arrange mediation.*

*10:12   COURT IN RECESS*