IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, *Individually*
*and on behalf of all others similarly situated,*

    Plaintiff,

vs.                                                                              CIV 88-0385 KG/CG

ALEX VALDEZ, *Secretary of the New Mexico*
*Department of Human Services,*

    Defendant.

## ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on

**THURSDAY, MAY 8, 2014 AT 10:00 AM**. Counsel shall call Judge Gonzales' Meet Me line at

505.348.2354 to be connected to the proceedings. This line can only accommodate up to five

telephone lines, including the Courts; if the parties anticipate that they will exceed this capacity,

they must contact the Court immediately so that alternative arrangements may be made.

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE