IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                                                  Civ. No. 88-0385 KG/CG
                                                   Consolidated with
                                                   Civ. No. 88-0786 KG/CG

SIDONIE SQUIER, Secretary of
the New Mexico Human Services
Department,

    Defendant.

ORDER

      This matter comes before the Court upon Plaintiffs' Motion For Expedited Review Of Plaintiffs' Motion To Enforce Compliance With The Decree To Ensure That New Mexicans Who Are Eligible For Health Care Coverage And Food Assistance Receive The Support To Which They Are Entitled (Motion For Expedited Review), filed on April 18, 2014. (Doc. 493). The Court held a telephonic status conference this date during which the following rulings were made:

      1. Plaintiffs' Motion For Expedited Review (Doc. 493) is granted;

      2. a motion hearing is set on Plaintiffs' Motion To Enforce Compliance With The Decree To Ensure That New Mexicans Who Are Eligible For The Health Care Coverage And Food Assistance Receive The Support To Which They Are Entitled (Doc. 479) for Thursday, May 15, 2014, at 1:30 p.m. in 5th Floor Cimarron Courtroom, 333 Lomas Blvd. NW, Albuquerque, NM;

3.  the Court orders the parties to meet and confer regarding Plaintiffs' Motion To Enforce Compliance With Notice Provisions Of Court Order (Doc. 466) and Plaintiffs' Motion To Enforce Compliance With Decree For Adult Student SNAP Applications (Doc. 478);

4.  the Court will set an evidentiary hearing on Wednesday, May 28, 2014, and Thursday, May 29, 2014, in Las Cruces if the parties are unable to reach a resolution to any of these matters; and

5.  accordingly, the parties are to notify the Court by e-mailing gonzaleschambers@nmcourt.fed.us no later than 5:00 p.m. Friday, May 23, 2014, as to whether or not they will need to have the evidentiary hearing set.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE