IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES,
*Individually and on behalf of all*
*Others similarly situated*,

    Plaintiff,

vs.                                                                CIV 88-0385 KG/CG

SIDONIE SQUIER, *Secretary of the*
*New Mexico Human Services Department*,

    Defendant.

## ORDER SETTING MOTIONS HEARING

IT IS HEREBY ORDERED that a hearing on Plaintiffs' *Motion to Enforce Compliance with Notice Provisions of Court Order* (Doc. 466) and Plaintiffs' *Motion to Enforce Compliance with Decree for Adult Student SNAP Applications* (Doc. 478) will be held in person on **THURSDAY, MAY 29, 2014 at 10:00 AM** at the United States Courthouse, 4th Floor Mimbres Courtroom, 100 N. Church, Las Cruces, New Mexico. .

                                                                    _____

                                                                     UNITED STATES DISTRICT JUDGE