# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

        Plaintiffs,

v.

SIDONIE SQUIER, Secretary of
the New Mexico Human Services Department,

        Defendant.

No. CIV 88-0385 KG/CG
Consolidated with
No. CIV 88-0786 KG/CG

## STIPULATED INTERIM ORDER IN LIEU OF HEARING MAY 28, 2014 ON MOTION TO ENFORCE COMPLIANCE WITH NOTICE PROVISIONS OF COURT ORDER

This matter, having come before the Court on Plaintiffs' Motion to Enforce Compliance with Notice Provision of Court Order (Doc. 466), and this matter having been fully briefed and set for a hearing on May 28, 2014 and the parties having been ordered to meet and confer, and the parties having reached the following interim agreement in place of a hearing, it is hereby ORDERED:

1) Defendant will include Plaintiffs' counsel in the Department's workgroup that is creating SNAP and Medicaid model notices. The workgroup will prioritize the release dates of all model notices. The release dates for all model notices will be no later than May 15, 2015. Plaintiffs' counsel will serve on this workgroup until otherwise ordered by the Court;

2) Defendant will continue to provide Plaintiffs' counsel with notices, factors that trigger use of particular notices, story boards, reasons, and eligibility determination language until otherwise ordered by the Court.

3) Defendants will continue to issue notices of delays in processing, as required by Section III Page 21 of the Decree;

4) Within two months of signing this order, Defendant will have conferred with Plaintiffs in good faith.  Within four months Plaintiffs and Defendant will develop a set of revised notices, factors that trigger use of particular notices, storyboards, reasons and eligibility determination language that will result in individualized and detailed eligibility decisions written at the sixth grade reading level; and

5) No later than November 15, 2014, Defendant will have implemented the model notices of case action denials with a priority on Medicaid categories.  Defendant will implement the other model notices pursuant to the prioritized release dates set out in Paragraph 1 of this Order.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Approved by:

 _/s/_ Gail Evans
Gail J. Evans, Esq.
New Mexico Center on Law and Poverty

Jane B. Yohalem, Esq.
Law Office of Jane B. Yohalem

Daniel Yohalem, Esq.
Daniel Yohalem Attorney at Law

Counsel for Plaintiffs


 /s/ Chris Collins
Chris Collins, Esq.
NM Human Services Department

Jerry Walz, Esq
Jerry Walz and Associates

Counsel for Defendant