IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES,
*Individually and on behalf of all*
*Others similarly situated*,

      Plaintiff,

vs.                                                                                                    CIV 88-0385 KG/CG

SIDONIE SQUIER, *Secretary of the*
*New Mexico Human Services Department*,

      Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **MONDAY, JULY 7, 2014 AT 2:00 PM**.   Counsel shall call Judge Gonzales' Meet Me line at 505.348.2354 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Courts; if counsel anticipate that they will exceed this capacity, please contact my assistant Theresa A. Hall immediately at 575.528.1641 so that alternative arrangements may be made.

 

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE