IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, *et. al*,

        Plaintiffs,

v.                              No. 1:88-cv-00385-KG-CG

SIDONIE SQUIER, *Secretary of the*
*New Mexico Human Services Department*,

        Defendant.

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE OCTOBER 2014 JOINT STATUS REPORT

THIS MATTER comes before the Court upon the Defendant's Unopposed Motion for Extension of Time to File the October 2014 Joint Status Report. The Court, having considered the motion and being otherwise fully advised, finds that the motion is well taken.

IT IS THEREFORE ORDERED that the motion is GRANTED and the Defendant will submit its sections of the Joint Status Report to New Mexico Center on Law and Poverty on or before 12:00 p.m., November 3, 2014. Parties will submit the final October 2014 Joint Status Report to the Court on November 4, 2014.

Dated this 30th day of October, 2014.

                                                      UNITED STATES DISTRICT JUDGE