IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                                                    Civ. No. 88-0385 KG/CG
                                                    Consolidated with Civ. No. 88-0786 KG/CG

SIDONIE SQUIER, Secretary of the
New Mexico Human Services
Department,

    Defendant.

ORDER

On November 7, 2014, the Court held a status conference on the Fifth Status Report to the Court. *See* (Doc. 531). Gail Evans and Sovereign Hager represented Plaintiffs at the hearing while Chris Collins and Jerry Walz represented Defendant. Also present at the hearing were Income Support Division (ISD) Director Marilyn Martinez and ISD Field Operations Deputy Director Vida Tapia-Sanchez. Having considered (1) the Fifth Status Report to the Court, (2) counsel's comments and arguments, (3) comments by Ms. Martinez and Ms. Tapia-Sanchez, and (4) Plaintiffs' Exhibits A-D, the Court:

    1. defers ruling on Plaintiffs' oral motion to extend the May 20, 2014 Order Granting Motion to Enforce Compliance (Doc. 479) (May 20, 2014, Order), (Doc. 500);

    2. grants Defendant's oral motion to extend the time for the November 2014 meet and confer until the scheduled meet and confer in December 2014;

    3. grants Defendant's oral motion to extend the deadline for filing the November 2014 joint status report until December 31, 2014;

4. orders that, no later than November 30, 2014, Defendant provides Plaintiffs' counsel with ASPEN training, without live data;

5. orders that, no later than December 20, 2014, Plaintiffs' counsel will conduct 120 individual case reviews using printed computer screens provided by Defendant;

6. defers ruling on the parties' briefs (Docs. 523 and 524) regarding compliance with paragraphs 7 and 8 of the May 20, 2014, Order;

7. defers setting a status conference on compliance issues arising from orders other than the May 20, 2014, Order; and

8. orders that, no later than November 21, 2014, counsel submit to the Court a stipulated list of three to five names of potential special masters or compliance administrators, and that the parties indicate their preferences for those individuals.

_____
UNITED STATES DISTRICT JUDGE