IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES,
*Individually and on behalf of all*
*Others similarly situated*,

      Plaintiff,

vs.                                                CIV 88-0385 KG/CG

SIDONIE SQUIER, *Secretary of the*
*New Mexico Human Services Department*,

      Defendant.

## ORDER SETTING MOTION HEARING & STATUS CONFERENCE

IT IS HEREBY ORDERED that a hearing on *Defendant's Motion to Enforce Judgment* (Doc. 532) and an in person status conference will be held on **FRIDAY, JANUARY 9, 2015 at 1:00 PM** at the United States Courthouse, 3rd Floor Rio Grande Courtroom, 333 Lomas Blvd. NW, Albuquerque, New Mexico.

_____
UNITED STATES DISTRICT JUDGE