IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES,
*Individually and on behalf of all*
*Others similarly situated*,

        Plaintiff,

vs.                                                     CIV 88-0385 KG/CG

SIDONIE SQUIER, *Secretary of the*
*New Mexico Human Services Department*,

        Defendant.

## ORDER TO SHOW CAUSE

On January 26, 2015, the Court set a motion hearing and status conference for Wednesday, February 4, 2015, at 1:30 p.m. in Las Cruces, New Mexico. Attorneys for Plaintiffs appeared on time; attorneys for Defendant failed to appear in person, but instead appeared telephonically after calling chambers to notify the Court that they thought the hearing was in Albuquerque.

THEREFORE, this Court orders attorneys Natalie Bruce and Chris Collins to appear in person at the United States Courthouse, 100 N. Church Street, 4th Floor Mimbres Courtroom, in Las Cruces, New Mexico, on Tuesday, February 10, 2015, at 8:00 a.m., to show cause why they should not be sanctioned for not appearing in person on February 4, 2015. Counsel for Plaintiffs are not required to attend.

IT IS HEREBY ORDERED.

                                                                                           _____
                                                                                           UNITED STATES DISTRICT JUDGE