IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                                                       Civ. No. 88-0385 KG/CG

SIDONIE SQUIER, Secretary of the
New Mexico Human Services Department,

    Defendant.

## ORDER EXTENDING MAY 20, 2014, ORDER

This matter comes before the Court upon the Court's May 20, 2014, Order Granting Motion to Enforce Compliance (Doc. 479) (Order). (Doc. 500). On February 4, 2015, the Court held a status conference to consider, among other things, whether to extend the May 20, 2014, Order. Gail Evans, Daniel Yohalem, and Sovereign Hager represented Plaintiffs at the hearing. Natalie Bruce and Christopher Collins represented Defendant telephonically at the hearing. Also, Marilyn Martinez (acting Director of the Income Support Division), Laura Galindo (Deputy Director of the Income Support Division), and Amanda Padilla (an Income Support Division employee) were present at the hearing.

Having considered the status of this case as well as the comments by counsel, the Court extends the May 20, 2014, Order for an additional six months, which includes that counsel continue to meet and confer in good faith on a monthly basis and that counsel continue to file monthly joint status reports. Once the six months has expired, the Court will consider whether it is necessary to further extend the May 20, 2014, Order.

IT IS SO ORDERED.

                                                                                  UNITED STATES DISTRICT JUDGE