IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES,
*Individually and on behalf of all*
*Others similarly situated,*

      Plaintiffs,

vs.                                           Civ. No. 88-0385 KG/CG

SIDONIE SQUIER, *Secretary of the*
*New Mexico Human Services Department,*

      Defendant.

ORDER HOLDING ORDER TO SHOW CAUSE IN ABEYANCE

This matter comes before the Court upon the February 4, 2015, Order to Show Cause requiring Defendant's counsel "to show cause why they should not be sanctioned for not appearing in person" for the February 4, 2015, motion hearing and status conference. (Doc. 547). On February 10, 2015, the Court held a hearing on the Order to Show Cause. Defendant's counsel were present at the hearing as well as Plaintiffs' counsel, who were present telephonically.

Having considered the explanation for the failure to appear in person, the Court holds the Order to Show Cause in abeyance.

IT IS SO ORDERED.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE