IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES,
*Individually and on behalf of all*
*Others similarly situated,*

    Plaintiffs,

vs.                                                       Civ. No. 88-0385 KG/CG

SIDONIE SQUIER, *Secretary of the*
*New Mexico Human Services Department,*

    Defendant.

## ORDER OF REFERENCE

Pursuant to the provisions of 28 U.S.C. §636(b)(1)(B), (b)(3), and *Virginia Beach Federal Savings & Loan Association v. Wood*, 901 F.2d 849 (10th Cir. 1990), this civil action is referred to U.S. Magistrate Judge Carmen E. Garza to monitor compliance of the Court's order dated May 20, 2014, (Doc. 500), and corresponding 6-month extension order dated February 5, 2015, (Doc. 548).

The Magistrate Judge shall submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties shall be given the opportunity to object to the proposed findings, analysis and disposition as described in 28 U.S.C. §636(b)(1)(C). Objections shall be filed within fourteen (14) days of entry of the proposed disposition.

                                                                                                                                               UNITED STATES DISTRICT JUDGE