IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES,
*Individually and on behalf of all*
*Others similarly situated,*

    Plaintiffs,

vs.                                        Civ. No. 88-0385 KG/CG

SIDONIE SQUIER, *Secretary of the*
*New Mexico Human Services Department,*

    Defendant.

## ORDER

This matter comes before the Court upon the Court's February 4, 2015, Order to Show Cause (Doc. 547), and the Court's February 10, 2015, Order Holding Order to Show Cause in Abeyance (Doc. 551). Having considered the conduct of Defendant's counsel in the months following the entry of those orders, the Court finds that it is appropriate to quash the Order to Show Cause.

IT IS ORDERED that the Order to Show Cause (Doc. 547) is quashed.

_____
UNITED STATES DISTRICT JUDGE