IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES,
Individually and on behalf of all
others similarly situated,

      Plaintiffs,

vs.                                                                          Civ. No. 88-0385 KG/CG
                                                                                 Consolidated with
BRENT EARNEST,                                                 Civ. No. 88-0786 KG/CG
Secretary of the New Mexico Human
Services Department,

      Defendant.

## ORDER OF REFERENCE

Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B), (b)(3), and *Virginia Beach*

*Federal Savings & Loan Association v. Wood*, 901 F.2d 849 (10th Cir. 1990), Plaintiffs' Motion

for Injunctive Relief and Expedited Review and Hearing (Doc. 623), filed on January 27, 2016,

is referred to the Magistrate Judge for a hearing and an expedited briefing schedule, as the

Magistrate Judge deems appropriate.

The Magistrate Judge shall submit to the District Judge assigned to the case an analysis,

including findings of fact, if necessary, and recommended disposition as to whether to grant or

deny Plaintiffs' Motion for Injunctive Relief and Expedited Review and Hearing.  The parties

shall be given the opportunity to object to the proposed findings, analysis and disposition as

described in Section 636(b)(1)(C), or as determined by the Magistrate Judge.


_____
UNITED STATES DISTRICT JUDGE