IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                                                                     Civ. No. 88-0385 KG/CG

BRENT EARNEST, Secretary of the
New Mexico Human Services Department,

    Defendant.

## ORDER SETTING HEARING

This matter comes before the Court upon Plaintiffs' Motion for Injunctive Relief and Expedited Review and Hearing, filed on January 27, 2016, and the New Mexico Human Services Department's Expedited Motion to Establish Deadlines to Exchange Witness and Exhibit Lists, and for Plaintiffs to Provide True Affidavits for Individuals Who Allege Harm Relative to Plaintiffs' Motion for Preliminary Injunctive Relief and Expedited Review and Hearing (Doc. 623), filed on February 5, 2016. (Docs. 623 and 633). Having considered both motions,

    IT IS ORDERED that

    1. a hearing is scheduled on Plaintiffs' Motion for Injunctive Relief and Expedited Review and Hearing (Doc. 623) on Wednesday, February 24, 2016, at 1:30 p.m. and will be held in the Mimbres Courtroom, 100 N. Church St., Las Cruces, New Mexico;

    2. both the Honorable District Judge Kenneth Gonzales and the Honorable Magistrate Judge Carmen Garza will preside at the hearing;

    3. the Court requests that the parties be particularly prepared to address the preliminary injunction issues of whether

    a. irreparable harm to Plaintiffs will ensue unless the Court issues the preliminary injunction; and

    b. the threatened injury to Plaintiffs outweighs the harm that the preliminary injunction might cause Defendant;

4. New Mexico Human Services Department's Expedited Motion to Establish Deadlines to Exchange Witness and Exhibit Lists, and for Plaintiffs to Provide True Affidavits for Individuals Who Allege Harm Relative to Plaintiffs' Motion for Preliminary Injunctive Relief and Expedited Review and Hearing (Doc. 623), (Doc. 633), is granted in that by the close of business on Monday, February 22, 2016, the parties shall exchange witness and exhibit lists, and Plaintiffs will submit to Defendant any "true" affidavits they intend to rely on.

_____
UNITED STATES DISTRICT JUDGE