IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                                                       Civ. No. 88-0385 KG/CG

BRENT EARNEST, Secretary of the
New Mexico Human Services Department,

    Defendant.

## ORDER

This matter comes before the Court upon Defendant's Rule 60b Motion to Reconsider Order, Doc. 646, and Motion to Vacate and Reschedule Hearing on Plaintiffs' Motion for Preliminary Injunction and Request for Expedited Consideration (Doc. 648). Having considered the emergency motion,

IT IS ORDERED that

1. the hearing scheduled on Plaintiffs' Motion for Injunctive Relief and Expedited Review and Hearing (Doc. 623) on Wednesday, February 24, 2016, at 1:30 p.m. is hereby VACATED and RESET for Monday, March 7, 2016, at 1:30 p.m. in the Mimbres Courtroom, 100 N. Church St., Las Cruces, New Mexico;

2. both the Honorable District Judge Kenneth Gonzales and the Honorable Magistrate Judge Carmen Garza will preside at the hearing;

3. the Court requests that the parties be particularly prepared to address the preliminary injunction issues of whether

    a. irreparable harm to Plaintiffs will ensue unless the Court issues the preliminary injunction; and

      b. the threatened injury to Plaintiffs outweighs the harm that the preliminary injunction might cause Defendant; and

4. by the close of business on Monday, February 29, 2016, the parties shall exchange witness and exhibit lists, and Plaintiffs will submit to Defendant any "true" affidavits they intend to rely on.

_____
UNITED STATES DISTRICT JUDGE