*Exhibit A*



**HUMAN SERVICES**
DEPARTMENT

Susana Martinez, Governor
Brent Earnest, Secretary
Sean Pearson, Deputy Secretary

November 14, 2016

Dwight Crudup
Regional Director
Southwest Region USDA/FNS
110 Commerce Street, Room 5-C-30
Dallas, Texas 75242

> Subject: Waiver # 2160027 Request for Extension of
> *ABAWD Time Limit - Statewide*

Dear Mr. Crudup:

New Mexico Human Services Department - Income Support Division (ISD) is submitting the attached Request for Extension of Waiver # 2160027, waiving regulation 7 CFR 273.12(b) requiring state agencies to implement the ABAWD three month time limit.

The Department of Labor's Trigger Notice No. 2016 - 9 shows the State's 3-month average total unemployment rate (TUR) was: (1) 6.8 percent and (2) 111 percent of the 3-month average for the corresponding period in the first preceding year, making the State eligible for extended unemployment benefits.

ISD anticipates a sustained increase in program integrity through the implementation of this waiver through effective and efficient program management required in the day-to-day administration of SNAP.

If additional information is needed, members of your staff may contact Samuel Peinado, Bureau Chief for the Policy and Program Development Bureau at 505-827-7219 or via e-mail at samuel.peinado@state.nm.us.

Thank you for your assistance in processing this request.

Sincerely,

Sean Pearson
Deputy Secretary
New Mexico Human Services Department
Income Support Division

# STATE WAIVER REQUEST

1. **Waiver Serial Number (if applicable):** 2160027

2. **Type of request:** Extension

3. **Regulatory citation:** 7 CFR 273.24

4. **State:** New Mexico

5. **Region:** SWRO

6. **Regulatory requirements:**
   Under 7 CFR 273.24(b) individuals are not eligible to participate in the Supplemental Nutrition Assistance Program (SNAP) as a member of any household if the individual received program benefits for more than 3 months during any 3 year period in which the individual was subject to, but did not comply with, the SNAP work requirements. Regulations at 273.24(a) provide that fulfilling the work requirement means: working 20 hours or more per week, averaged monthly; participating in and complying with the requirements of a work program or a workfare program for at least 20 hours per week; or any combination of working and participating in a work program for a total of 20 hours per week.

   Under 7 CFR 273.24(f), upon the request of a State agency, the Food and Nutrition Service (FNS) may waive the applicability of the time limit described above for any group of individuals in the State if FNS makes a determination that the area in which the individuals reside has an unemployment rate of over 10 percent, or does not have a sufficient number of jobs to provide employment for the individuals.

7. **Description of alternative procedures:**
   New Mexico Human Services Department (NMHSD) Income Support Division (ISD) is requesting a waiver to exempt Able-Bodied Adults without Dependents (ABAWDs), state-wide, from the work requirements of 7 CFR 273.24.

8. **Justification for request:**
   Based upon U.S. Department of Labor data indicating the State of New Mexico qualifies for extended unemployment benefits, ISD is requesting a state-wide waiver to exempt the ABAWD time limit.

26 USC 3304 (Public Law 102-318) allows States the option of providing an additional alternative trigger for the extended benefits program, based on the State's seasonally adjusted total unemployment rate (TUR) for the most recent three months reaching at least: (1) 6.5 percent; and (2) 110 percent of such TUR for the corresponding three-month periods ending in either or both of the two preceding calendar years.

The Department of Labor's Trigger Notice No. 2016 - 9 shows the State's 3-month average total unemployment rate (TUR) was: (1) 6.8 percent and (2) 111 percent of the 3-month average for the corresponding period in the first preceding year, making the State eligible for extended unemployment benefits.

9. **Anticipated impact on households and State agency operations:**
   This waiver will provide state-wide consistency for all SNAP households and in the day-to-day operations and administration of SNAP in a state where unemployment remains higher than the national average.

10. **Caseload information, including percent, characteristics, and quality control error rate for affection portion (if applicable):**
    The SNAP caseload as of September 30, 2016 consists of 263,618 cases, representing 541,769 individuals; an increase of 11.1% from one year ago. Approximately 19,288 are ABAWDS.

11. **Anticipated implementation date and time period for which waiver is needed:**
    The State is requesting a one year waiver extension, from March 1, 2017 through February 28, 2018.

12. **Proposed quality control review procedures:**
    There are no special quality control procedures needed in conjunction with this waiver.

13. **State agency submitting waiver request and State contact person:**
    New Mexico Human Services Department – Income Support Division
    Sean Pearson
    Deputy Secretary

14. **Signature and title of requesting official:**

    _____

    Title: HSD Deputy Secretary
    Email for transmission of response: sean.pearson@state.nm.us

15. **Date of request:**   November 14, 2016

16. **State agency staff contact (name/email/telephone):**
    Samuel Peinado, Bureau Chief
    Policy and Program Development
    samuel.peinado@state.nm.us
    505-827-7219

17. **Regional office contact person** (*to be completed by FNS regional office*):

# STATE WAIVER REQUEST

1. **Waiver Serial Number (if applicable):** 2160027

2. **Type of request:** Extension

3. **Regulatory citation:** 7 CFR 273.24

4. **State:** New Mexico

5. **Region:** SWRO

6. **Regulatory requirements:**
Under 7 CFR 273.24(b) individuals are not eligible to participate in the Supplemental Nutrition Assistance Program (SNAP) as a member of any household if the individual received program benefits for more than 3 months during any 3 year period in which the individual was subject to, but did not comply with, the SNAP work requirements. Regulations at 273.24(a) provide that fulfilling the work requirement means: working 20 hours or more per week, averaged monthly; participating in and complying with the requirements of a work program or a workfare program for at least 20 hours per week; or any combination of working and participating in a work program for a total of 20 hours per week.

Under 7 CFR 273.24(f), upon the request of a State agency, the Food and Nutrition Service (FNS) may waive the applicability of the time limit described above for any group of individuals in the State if FNS makes a determination that the area in which the individuals reside has an unemployment rate of over 10 percent, or does not have a sufficient number of jobs to provide employment for the individuals.

7. **Description of alternative procedures:**
New Mexico Human Services Department (NMHSD) Income Support Division (ISD) is requesting a waiver to exempt Able-Bodied Adults without Dependents (ABAWDs), state-wide, from the work requirements of 7 CFR 273.24.

8. **Justification for request:**
Based upon U.S. Department of Labor data indicating the State of New Mexico qualifies for extended unemployment benefits, ISD is requesting a state-wide waiver to exempt the ABAWD time limit.

26 USC 3304 (Public Law 102-318) allows States the option of providing an additional alternative trigger for the extended benefits program, based on the State's seasonally adjusted total unemployment rate (TUR) for the most recent three months reaching at least: (1) 6.5 percent; and (2) 110 percent of such TUR for the corresponding three-month periods ending in either or both of the two preceding calendar years.

The Department of Labor's Trigger Notice No. 2016 - 9 shows the State's 3-month average total unemployment rate (TUR) was: (1) 6.8 percent and (2) 111 percent of the 3-month average for the corresponding period in the first preceding year, making the State eligible for extended unemployment benefits.

9. **Anticipated impact on households and State agency operations:**
   This waiver will provide state-wide consistency for all SNAP households and in the day-to-day operations and administration of SNAP in a state where unemployment remains higher than the national average.

10. **Caseload information, including percent, characteristics, and quality control error rate for affection portion (if applicable):**
    The SNAP caseload as of September 30, 2016 consists of 263,618 cases, representing 541,769 individuals; an increase of 11.1% from one year ago. Approximately 19,288 are ABAWDS.

11. **Anticipated implementation date and time period for which waiver is needed:**
    The State is requesting a one year waiver extension, from March 1, 2017 through February 28, 2018.

12. **Proposed quality control review procedures:**
    There are no special quality control procedures needed in conjunction with this waiver.

13. **State agency submitting waiver request and State contact person:**
    New Mexico Human Services Department – Income Support Division
    Sean Pearson
    Deputy Secretary

14. **Signature and title of requesting official:**

   _____

   Title: HSD Deputy Secretary
   Email for transmission of response: sean.pearson@state.nm.us

15. **Date of request:**   November 14, 2016

16. **State agency staff contact (name/email/telephone):**
   Samuel Peinado, Bureau Chief
   Policy and Program Development
   samuel.peinado@state.nm.us
   505-827-7219

17. **Regional office contact person** (*to be completed by FNS regional office*):

# TRIGGER NOTICE NO. 2016 - 9
## STATE EXTENDED BENEFIT (EB) INDICATORS UNDER P.L. 112-240
### Effective March 13, 2016

|   |   |   | INDICATORS | | | | | STATUS | |
|---|---|---|---|---|---|---|---|---|---|
|   |   |   | 13 Weeks Insured Unemployment Rate | Percent of Prior Years | 3 months S.A. TUR | Percent of Prior | | Available Weeks | Begin Date(B) End Date(E) |
|   |   |   |   |   |   | Year | Second Year |   |   |
|   | & | Alabama | 1.31 | 78 | 6.0 | 97 | 85 |   | E 04-21-2012 |
|   |   | Alaska | 4.66 | 89 | 6.5 | 100 | 94 |   | E 05-04-2013 |
|   | & | Arizona | 1.04 | 79 | 6.0 | 91 | 82 |   | E 06-11-2011 |
|   | & | Arkansas | 1.90 | 77 | 5.0 | 88 | 72 |   | E 09-26-2009 |
|   | & | California | 2.54 | 82 | 5.7 | 79 | 69 |   | E 05-12-2012 |
|   | & | Colorado | 1.35 | 78 | 3.6 | 84 | 60 |   | E 05-12-2012 |
|   |   | Connecticut | 2.83 | 78 | 5.1 | 81 | 70 |   | E 05-12-2012 |
| * | & | Delaware | 1.87 | 77 | 5.0 | 94 | 81 |   | E 04-21-2012 |
|   | & | District of Col | 1.56 | 76 | 6.6 | 86 | 81 |   | E 06-09-2012 |
| * | & | Florida | 0.65 | 53 | 5.1 | 88 | 77 |   | E 05-12-2012 |
| * | & | Georgia | 1.00 | 71 | 5.6 | 84 | 75 |   | E 04-21-2012 |
|   | & | Hawaii | 1.08 | 63 | 3.3 | 80 | 69 |   | E 01-24-1981 |
|   | & | Idaho | 2.10 | 81 | 4.0 | 89 | 73 |   | E 08-11-2012 |
|   | & | Illinois | 2.85 | 87 | 5.7 | 92 | 67 |   | E 05-12-2012 |
|   | & | Indiana | 1.14 | 71 | 4.4 | 75 | 68 |   | E 04-21-2012 |
| * | & | Iowa | 2.22 | 94 | 3.5 | 81 | 78 |   | E 06-04-1983 |
|   |   | Kansas | 1.33 | 76 | 4.0 | 95 | 83 |   | E 04-07-2012 |
| * | & | Kentucky | 1.46 | 62 | 5.1 | 93 | 66 |   | E 04-07-2012 |
|   | & | Louisiana | 1.20 | 100 | 6.2 | 87 | 107 |   | E 02-25-2006 |
|   | & | Maine | 1.96 | 71 | 4.1 | 75 | 66 |   | E 02-18-2012 |
|   | & | Maryland | 1.86 | 76 | 5.1 | 93 | 82 |   | E 04-21-2012 |
|   | & | Massachusetts | 2.64 | 80 | 4.7 | 87 | 75 |   | E 04-07-2012 |
| * | & | Michigan | 2.25 | 79 | 5.1 | 78 | 62 |   | E 02-18-2012 |
|   |   | Minnesota | 2.49 | 93 | 3.6 | 97 | 78 |   | E 01-14-2012 |
|   | & | Mississippi | 1.27 | 73 | 6.1 | 85 | 76 |   | E 07-16-1983 |
|   | & | Missouri | 1.51 | 73 | 4.7 | 85 | 75 |   | E 04-07-2012 |
|   | & | Montana | 3.11 | 95 | 4.1 | 89 | 79 |   | E 06-19-2010 |
|   | & | Nebraska | 0.90 | 72 | 2.9 | 94 | 83 |   | E 01-24-1981 |
|   | & | Nevada | 2.27 | 85 | 6.5 | 92 | 75 |   | E 07-07-2012 |
| * |   | New Hampshire | 1.03 | 70 | 3.2 | 80 | 67 |   | E 08-14-2010 |
|   |   | New Jersey | 3.13 | 83 | 5.3 | 84 | 73 |   | E 07-07-2012 |
|   | & | New Mexico | 1.83 | 89 | 6.8 | 111 | 101 |   | E 01-28-2012 |
|   | & | New York | 2.18 | 79 | 4.8 | 81 | 68 |   | E 12-09-2012 |
|   |   | North Carolina | 0.77 | 53 | 5.7 | 104 | 83 |   | E 05-12-2012 |
| * | & | North Dakota | 2.03 | 131 | 2.7 | 96 | 100 |   | E 06-11-1983 |
|   | & | Ohio | 1.70 | 86 | 4.5 | 87 | 65 |   | E 04-07-2012 |
|   | & | Oklahoma | 1.45 | 122 | 4.2 | 105 | 82 |   | E 01-24-1981 |
|   |   | Oregon | 2.10 | 74 | 5.7 | 84 | 77 |   | E 04-07-2012 |
|   | & | Pennsylvania | 3.06 | 86 | 5.0 | 98 | 76 |   | E 05-12-2012 |
|   | & | Puerto Rico | 2.82 | 85 | 12.3 | 89 | 83 |   | E 12-18-2010 |
|   |   | Rhode Island | 2.63 | 78 | 5.2 | 75 | 59 |   | E 07-07-2012 |
|   | & | South Carolina | 1.01 | 72 | 5.5 | 83 | 83 |   | E 04-07-2012 |
| * | & | South Dakota | 0.82 | 89 | 3.1 | 94 | 86 |   | E 01-24-1981 |
|   | & | Tennessee | 1.04 | 78 | 5.6 | 85 | 79 |   | E 04-07-2012 |
|   | & | Texas | 1.56 | 110 | 4.5 | 98 | 79 |   | E 05-12-2012 |
| * | & | Utah | 1.15 | 78 | 3.5 | 97 | 85 |   | E 06-25-1983 |
|   |   | Vermont | 2.10 | 84 | 3.7 | 88 | 88 |   | E 07-10-2010 |
|   | & | Virgin Islands | 1.63 | 70 | 4.2 | 54 | 54 |   | E 08-06-1983 |
|   | & | Virginia | 0.94 | 84 | 4.2 | 88 | 78 |   | E 05-14-2011 |
| * |   | Washington | 2.12 | 84 | 5.3 | 84 | 79 |   | E 04-21-2012 |
|   | & | West Virginia | 3.21 | 107 | 6.5 | 108 | 98 |   | E 06-09-2012 |
|   | & | Wisconsin | 2.23 | 67 | 4.3 | 83 | 68 |   | E 04-07-2012 |
| * | & | Wyoming | 2.76 | 134 | 4.2 | 98 | 93 |   | E 06-13-1987 |