IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES,
*individually and on behalf of all
others similarly situated*,

        Plaintiff,

vs.                                                    CIV 88-0385 KG/CG

BRENT EARNEST, *Secretary of the
New Mexico Human Services Department*,

        Defendant.

## ORDER SETTING AN IN-PERSON STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held on **THURSDAY, JUNE 29, 2017, AT 1:30 PM,** at the United States Courthouse, 4th Floor, North Tower, Mimbres Courtroom, 100 N. Church Street, Las Cruces, New Mexico.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE