IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES,
individually and on behalf of all
others similarly situated,

    Plaintiff,

vs.                                            Civ. No. 88-385 KG/CG

BRENT EARNEST, Secretary of the
New Mexico Human Services Department,

    Defendant.

## AMENDED ORDER SETTING AN IN-PERSON STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held on **THURSDAY, JUNE 29, 2017, AT 1:30 P.M.** at the United States Courthouse, 4th Floor, North Tower, Mimbres Courtroom, 100 N. Church Street, Las Cruces, New Mexico.

In addition to the respective attorneys and the Special Master, the Secretary of the New Mexico Human Services Department, Brent Earnest, is required to attend the status conference.

The purpose of the status conference is to provide the parties an opportunity to report to the Court in a concise and clear manner the steps the Secretary of the New Mexico Human Services Department has taken since January 1, 2017, to comply with the Consent Decree, as well as the results of these steps toward compliance.

_____
UNITED STATES DISTRICT JUDGE