IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.   No. CIV 88-0385 KG/CG
    Consolidated with
    No. CIV-88-0786 KG/CG

BRENT EARNEST, Secretary of the
New Mexico Human Services Department,

    Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TWO WEEKS FOR HSD TO FILE RESPONSE TO PLAINTIFF "MEMORANDUM"/MOTION (DOC. 781)

**COMES NOW**, Brent Earnest, as Secretary of the New Mexico Human Services Department ("HSD"), by and through undersigned counsel, hereby files this Unopposed Motion for Extension of Two Weeks for HSD to File Response to Plaintiff "Memorandum"/Motion filed as Document 781. Plaintiffs do not oppose this motion, via email from Ms. Maria Griego on July 7, 2017. This would make the response due July 26, 2017. A proposed Order will be emailed per the proper procedure.

    Respectfully submitted,

    /s/ Natalie Campbell
    Assistant General Counsel
    New Mexico Human Services Department
    1010 18th Street NW
    Albuquerque, New Mexico 87104
    505-222-9915 (phone)
    Natalie.Campbell@state.nm.us

I HEREBY CERTIFY that on this 11th day of July, I filed the foregoing electronically through the CM/ECF system, which caused all parties to be served by electronic means.

/s/ Natalie Campbell
Natalie Campbell

1