**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUL 1 3 2017
4:30 pm

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.

No. CIV 88-0385 KG/CG
Consolidated with
No. CIV-88-0786 KG/CG

BRENT EARNEST, Secretary of the
New Mexico Human Services Department,

    Defendant.

## ORDER GRANTING TWO WEEK EXTENSION FOR HSD TO FILE RESPONSE TO DOCUMENT 781

This Court, having received the Unopposed Motion and finding Good Cause, ORDERS that HSD be given a two week extension to file its Response to Document 781 in the above referenced matter. The Response will be due by July 26, 2017.

_____
UNITED STATES DISTRICT JUDGE

Approved by:

/s/ Natalie Campbell
Natalie Campbell for Defendant, and


Via email 7.7.17 approval, /s/ Natalie Campbell for Maria Griego
For Plaintiffs