IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

              Plaintiffs,

vs.                                            No. CIV 88-0385 KG/CG
                                                    Consolidated with
                                                    No. CIV 88-0786 KG/CG

BRENT EARNEST, Secretary of the
New Mexico Human Services Department,

              Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TWO WEEKS FOR PLAINTIFFS TO FILE REPLY TO DEFENDANT'S RESPONSE (DOC. 785)

Plaintiffs, through undersigned counsel, hereby file this Unopposed Motion for Extension of Two Weeks for Plaintiffs to File Reply to Defendant's Response (Doc. 785). Defendant does not oppose this motion, via email from Christopher Collins on August 1, 2017.  This would make the reply due August 23, 2017.  A proposed Order will be emailed per the proper procedure.

                                                                  Respectfully submitted,

                                                                  */s/ Maria Griego*
                                                                   Maria Griego
                                                                   New Mexico Center on Law and Poverty
                                                                   924 Park Ave., Suite C
                                                                   Albuquerque, NM 87102
                                                                   (505) 255-2840
                                                                   maria@nmpovertylaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2017,  I filed the foregoing pleading electronically with the United States District Court, causing the same to be electronically served on opposing counsel, Christopher Collins and Natalie Bruce at Christopher.Collins@state.nm.us and Natalie.bruce@state.nm.us

                                                                  */s/ Maria Griego*
                                                                  Maria Griego