IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

        Plaintiffs,

vs.     No. CIV 88-0385 KG/CG
Consolidated with
No. CIV 88-0786 KG/CG

BRENT EARNEST, Secretary of the
New Mexico Human Services Department,

        Defendant.

**UNOPPOSED MOTION FOR SECOND EXTENSION OF TWO WEEKS FOR PLAINTIFFS TO FILE REPLY TO DEFENDANT'S RESPONSE (DOC. 785)**

Plaintiffs, through undersigned counsel, hereby file this *Unopposed Motion for Second Extension of Two Weeks for Plaintiffs to File Reply to Defendant's Response (Doc. 785)*. Plaintiffs have requested this second extension because the parties are meeting to discuss entering into a Stipulated Order. Defendant does not oppose the request for extension, via email sent on August 17, 2017. This would make the reply due September, 6 2017. A proposed Order will be provided per the proper procedure.

    Respectfully submitted,

    */s/ Maria Griego*
    Maria Griego
    New Mexico Center on Law and Poverty
    924 Park Ave., Suite C
    Albuquerque, NM 87102
    (505) 255-2840
    maria@nmpovertylaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2017, I filed the foregoing pleading electronically with the United States District Court, causing the same to be electronically served on opposing counsel, Christopher Collins and Natalie Bruce at Christopher.Collins@state.nm.us and Natalie.bruce@state.nm.us

*/s/ Maria Griego*
Maria Griego

2