IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

        Plaintiffs,

vs.

BRENT EARNEST, Secretary of the
New Mexico Human Services Department,

        Defendant.

No. CIV 88-0385 KG/CG
Consolidated with
No. CIV 88-0786 KG/CG

## UNOPPOSED MOTION FOR THIRD EXTENSION OF TWO WEEKS FOR PLAINTIFFS TO FILE REPLY TO DEFENDANT'S RESPONSE (DOC. 785)

Plaintiffs, through undersigned counsel, hereby file this *Unopposed Motion for Third Extension of Two Weeks for Plaintiffs to File Reply to Defendant's Response (Doc. 785)*. Plaintiffs need a third extension because the parties have met extensively over the last month and continue to make progress on a stipulated document. At least one more meeting is required to address the remaining disagreements between the parties. Defendant, via email sent on September 5, 2017, does not oppose the request for extension, but disagrees with the reasons stated by Plaintiffs. It is the Defendant's position that the parties have been working on a separate stipulated document at the request of the Special Master. Defendant believes that the stipulated document is separate and apart from Plaintiffs' motion for which we are requesting a third extension. If the extension is granted, then the reply will be due September 20, 2017.

        Respectfully submitted,

        */s/ Maria Griego*
        Maria Griego
        New Mexico Center on Law and Poverty
        924 Park Ave., Suite C
        Albuquerque, NM 87102

(505) 255-2840
maria@nmpovertylaw.org

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2017, I filed the foregoing pleading electronically with the United States District Court, causing the same to be electronically served on opposing counsel, Christopher Collins and Natalie Bruce at Christopher.Collins@state.nm.us and Natalie.bruce@state.nm.us

*/s/ Maria Griego*
Maria Griego