IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                                                      No. CIV 88-0385 KG/CG
                                                            Consolidated with
                                                            No. CIV-88-0786 KG/CG

BRENT EARNEST, Secretary of the
New Mexico Human Services Department,

    Defendant.

## ORDER DENYING WITHOUT PREJUDICE MOTION TO APPOINT THE HONORABLE ALAN C. TORGERSON AS MEDIATOR (DOC. 759)

This matter comes before the Court on Defendant's Motion to Court to Appoint the Honorable Alan C. Torgerson as Mediator to Assist the Special Master in Resolving Disputes and to Help the Special Master Communicate with the Court (Motion), filed on October 12, 2016. (Doc. 759). Plaintiffs filed a response on October 17, 2016, and Defendant filed a reply on October 21, 2016. (Docs. 760 and 761). On December 1, 2016, the Court entered an order taking the Motion under advisement. (Doc. 766).

Considering the current state of the case and in order to efficiently manage its docket, the Court denies the Motion without prejudice to Defendant re-filing the Motion should he feel that the circumstances warrant such a Motion.

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE