IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES,
*individually and on behalf of all
others similarly situated*,

       Plaintiff,

vs.                                                                      CIV 88-0385 KG/CG

BRENT EARNEST, *Secretary of the
New Mexico Human Services Department*,

       Defendant.

## **SECOND AMENDED ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

       IT IS HEREBY ORDERED that a status conference will be held by telephone on **THURSDAY, DECEMBER 7, 2017, AT 1:00 PM**. Mr. Yohalem, Secretary Earnest and Special Master Parker are required to attend; all other parties may attend if they desire. The parties shall call Judge Gonzales' Meet Me line at 505-348-2354 to be connected to the proceedings. *This line can only accommodate up to five (5) telephone lines, including the Courts; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made*.

_____
UNITED STATES DISTRICT JUDGE