UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES,
*individually and on behalf of all
others similarly situated*,

    Plaintiff,

vs.                                                                            CIV 88-0385 KG/CG

BRENT EARNEST, *Secretary of the
New Mexico Human Services Department*,

    Defendant.

### ORDER SETTING IN-PERSON MEETINGS
### ON PRESENT SCOPE OF CONSENT DECREE

IT IS HEREBY ORDERED that meetings on present scope of consent decree will be held on **DECEMBER 19 AND 20, 2017, AT 10:00 AM,** at the United States Courthouse, 3rd Floor, South Tower, Animas Courtroom, 100 N. Church Street, Las Cruces, New Mexico.

_____
UNITED STATES DISTRICT JUDGE