IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


DEBRA HATTEN GONZALES, et al,

        Plaintiffs,

vs.                                                     Civ. NO 88-0385 KG/CG
                                                        Consolidated with
                                                        Civ. No. 88-0786 KG/CG

BRENT EARNEST, Secretary of the
New Mexico Human Services Department,

        Defendant.

## ORDER

This mater came before the Court at a status conference held on November 29, 2017.

The parties having an opportunity to be heard, the Court Orders:

1. HSD will ensure necessary funding is available to pay the Special Master for the reminder of state fiscal year 2018 (June, 2018).   HSD will track expenditures and make records available to Plaintiff, Defendant, and the Court.

2. The budget established in Document # 770 paragraph 7 was a reasonable and appropriate annual budget.   Those same amounts listed in Document # 770 paragraph 7 should be prorated to allow continued payment for the reminder of state fiscal year 2018.

3. "Relocation" costs identified in Document #770 paragraph 8 and  "Initial expenses for the Special Master" identified in Document #770 paragraph 7 are no longer applicable.

4. All other provisions in Document #770 remain in effect.

_____
UNITED STATES DISTRICT JUDGE