IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                                                   No. CIV 88-0385 KG/CG
                                                                  Consolidated with
                                                                  No. CIV-88-0786 KG/CG

BRENT EARNEST, Secretary of the
New Mexico Human Services Department,

    Defendant.

## ORDER DENYING PLAINTIFFS' MOTION TO RECONSIDER LOCATION OF MEETING OF THE PARTIES (DOC. 806)

       This matter comes before the Court on Plaintiffs' Motion to Reconsider Location of Meeting of the Parties (Motion), filed on December 12, 2017. (Doc. 806). The Court is mindful that holding the Court-ordered meeting in Las Cruces is inconvenient to counsel. *See* Order Setting In-Person Meetings on Present Scope of Consent Decree (Doc. 804). Nevertheless, the Court finds that the inconvenience, while personally significant to counsel, is not so extraordinary as to outweigh the need to meet and confer in courthouse space and where the Court is readily available to provide in-person direct guidance and instruction to the parties as necessary. For the above reasons, the Motion is denied

       IT IS SO ORDERED.

                                                                                                               _____
                                                                                                               UNITED STATES DISTRICT JUDGE