IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                                                      Civ. No. 88-385 KG/CG
                                                            Consolidated with
                                                            Civ. No. 88-786 KG/CG

BRENT EARNEST, Secretary of the
New Mexico Human Services Department,

    Defendant.

## ORDER EXTENDING APPOINTMENT OF SPECIAL MASTER

The Court notes that its appointment of the Special Master expired on January 1, 2018. (Doc. 751) at 2. In considering Defendant's actions during the past year, the Court finds that, while Defendant has made progress in complying with the Consent Decree, Court orders, and federal law, Defendant still has compliance issues in need of resolution. The Court, therefore, determines that it is appropriate to extend the Special Master's appointment until January 1, 2019, and that the appointment will continue as provided by (Docs. 751 and 762).

    IT IS SO ORDERED.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE