IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                                                      Civ. No. 88-0385 KG/CG

BRENT EARNEST, Secretary of the
New Mexico Human Services Department,

    Defendant.

## ORDER SETTING OBJECTIONS DEADLINE AND HEARING

This matter comes before the Court upon the filing of the Special Master's Report (Doc. 810). The parties have until February 20, 2018, to file any objections to the Special Master's Report. *See* Fed. R. Civ. P. 53(f)(2) (court allowed to set time for filing objections). The Court will hold a hearing on the Special Master's Report and any objections to the Report on Thursday, March 1, 2018, at 9:00 a.m., at the Pete V. Domenici United States Courthouse, Albuquerque, New Mexico. *See* Fed. R. Civ. P. 53(f)(1) ("court must give the parties notice and an opportunity to be heard…."). A courtroom will be assigned at a later date.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE