IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                                                        Civ. No. 88-0385 KG/CG

BRENT EARNEST, Secretary of the
New Mexico Human Services Department,

    Defendant.

## AMENDED ORDER SETTING HEARING

This matter comes before the Court upon the filing of the Special Master's Report (Doc. 810). The Court will hold a hearing on the Special Master's Report (Doc. 810) and the objections to the Report (Doc. 812 & 813) on Thursday, March 1, 2018, at 9:00 a.m., 440 Hondo Courtroom, at the Pete V. Domenici United States Courthouse, Albuquerque, New Mexico. *See* Fed. R. Civ. P. 53(f)(1) ("court must give the parties notice and an opportunity to be heard…."). The following individuals are required to attend this hearing:

- Secretary Brent Earnest
- Sean Pearson
- Natalie Campbell
- Shanita Harrison
- Mary Brogdon[1]

Regional Operation Managers:
- Region 1- Michelle R. Jojola
- Region 2 - Stephanie Moore-Combs
- Region 3 - Victoria P. Hernandez
- Region 4 - Van K. Horner
- Region 5 - Cynthia Montes

---

[1] Will be required to report to the Court as the Director of the New Mexico Income Support Div.

County Directors:
- Region 1 - Isela Perez and Jocelyn Vigil
- Region 2 - Mary Rose Jimenez and Emily Floyd
- Region 3 - Lorrina Rivera and Marcia Montoya
- Region 4 - Melissa Ervin and Fertisha Hall
- Region 5 - Farrah Gray and Mark Shepherd

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE