IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                                                                  Civ. No. 88-385 KG/CG
                                                                               Consolidated with
BRENT EARNEST, Secretary of the        Civ. No. 88-786 KG/CG
New Mexico Human Services Department,

    Defendant.

## ORDER

This matter comes before the Court upon Defendant's "Motion to Strike, Plaintiffs' Amended Witness and Exhibit List, Plaintiffs' Second Amended Witness and Exhibit List and Plaintiffs' Response in Opposition to Defendant's Motion to Modify the Special Master's Report" (Motion to Strike), filed February 28, 2018. (Doc. 825). Plaintiff filed a response later that day. (Doc. 826). Having considered the Motion to Strike and the response, and for the reasons stated at the March 1, 2018, hearing,

IT IS ORDERED that the Motion to Strike (Doc. 825) is granted in part and denied in part as follows:

1. Exhibits 27, 28, and 29 of Plaintiffs' Second Amended Witness and Exhibit List (Doc. 821) are excluded;

2. "Plaintiffs' Response in Opposition to Defendant's Motion to Modify the Special Master's Report (Doc. 814)" (Doc. 822) is not stricken;

3. Plaintiffs may file a supplement to "Plaintiffs' Response in Opposition to Defendant's Motion to Modify the Special Master's Report (Doc. 814)" no later than 5:00 p.m. on March 9, 2018;

4. that supplement is limited to the scope of the "Motion to Modify the Special Master's Report (Doc. 810)" (Doc. 814) and must not exceed seven pages;

5. Plaintiffs are not allowed to attach exhibits to the supplement; and

6. Defendant may file a reply to "Plaintiffs' Response in Opposition to Defendant's Motion to Modify the Special Master's Report (Doc. 814)" and any supplement, thereto, no later than 5:00 p.m. on March 16, 2018.

_____
UNITED STATES DISTRICT JUDGE