IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                                                                  Civ. No. 88-0385 KG/CG

BRENT EARNEST, Secretary of the
New Mexico Human Services Department,

    Defendant.

## ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' REQUEST FOR SANCTIONS (DOC. 781)

This matter comes before the Court upon "Plaintiffs' Memorandum Concerning the Status of Defendant's Compliance with the Consent Decree and Subsequent Orders of this Court and Request for Sanctions" (Request for Sanctions), filed June 27, 2017. (Doc. 781). Defendant filed a response on July 26, 2017, and Plaintiffs filed a reply on September 20, 2017. (Docs. 785 and 792).

Having reviewed the Request for Sanctions and the accompanying briefing, and considering the progress Defendant has made in complying with the Consent Decree and subsequent orders since June 2017,

IT IS ORDERED that the Request for Sanctions (Doc. 781) is denied at this time without prejudice to Plaintiffs filing another such request should the circumstances warrant.

                                                                                                       UNITED STATES DISTRICT JUDGE