IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

<u>Clerk's Minutes</u>
<u>Before the Honorable Kenneth J. Gonzales</u>

*Title:*   Welch v. City of Albuquerque, et al.., CIV 11-0700 KG/SCY

*Date:*   Monday, March 26, 2018          *Court Interpreter:*  None

*Courtroom Clerk:*  Theresa A. Hall        *Court Reporter:*  Danna Schutte Everett

*Court in Session:*  2:30 p.m.   *Court in Recess:*  2:50 p.m.   *Total Time:*  20 mins.

*Type of Proceeding:*  Telephonic Status Conference

*Court's Rulings/Disposition:*  See below

*Order consistent with court's ruling to be prepared by:*  N/A

ATTORNEYS PRESENT FOR PLAINTIFF:
    Ryan Villa
    Michelle Anderson

ATTORNEY PRESENT FOR DEFENDANTS:
    Patricia Williams

<u>PROCEEDINGS</u>:
2:30 PM        COURT IN SESSION

   *Counsel and Judge introduce themselves.*

   *Court:  Please update the Court as to status of case.*

   *Mr. Villa:  Plaintiff is preparing for trial.  May need 5 to 6 days to put on Plaintiff's case.*

   *Ms. Williams:  Believes the full 10 days will be needed.*

   *Judge:  What is your thought regarding Judge Yarbrough picking the jury?*

   *Both:  Agree.*

   *Judge:  Counsel will have 10 days within which to confer with clients and report to the Court by 5 PM on April 4 as to their consent to Judge Yarbrough picking a jury.  Trial will be held in Albuquerque.  Will consider how to apportion the two*

*weeks between the parties' cases.  Advises counsel to let the court reporter know prior to trial if they will be requesting expedited and/or daily transcripts.  Also, take a look at my web page for trial instructions.  Pre-marked exhibits are required at pretrial conference.*

*2:50 PM        COURT IN RECESS*