IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                                             No. CIV 88-0385 KG/CG
                                                        Consolidated with
                                                        No. CIV-88-0786 KG/CG

BRENT EARNEST, Secretary of the
New Mexico Human Services Department,

    Defendant.

## ORDER GRANTING MOTION TO WITHDRAW NATALIE CAMPBELL AS ATTORNEY OF RECORD IN THIS MATTER

THIS COURT, having been advised of the circumstances, GRANTS the Motion to Withdraw Natalie Campbell as Attorney of Record in this Matter.

                                                                                                                                                          UNITED STATES DISTRICT JUDGE