IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DEBRA HATTEN-GONZALES, et al.,**

       **Plaintiffs,**

v.    No. CIV 88-385 KG/KBM
    Consolidated with
**BRENT EARNEST, Secretary of the**    No. CIV 88-786 KG/KBM
**New Mexico Human Services Department,**

       **Defendant.**

## JOINT MOTION TO APPROVE AND ADOPT REVISED MODIFIED CONSENT DECREE

The parties in this case, having reached agreement as to the terms and conditions of a revised consent decree, hereby move this Court to approve, adopt and order the Revised Modified Settlement Agreement filed contemporaneously with this motion. In support of this motion, the parties show:

1. The Revised Modified Settlement Agreement/Consent Decree is the product of many months of negotiations in good faith between the parties.

2. The Revised Modified Settlement Agreement/Consent Decree updates the current Consent Decree and replaces it entirely.

3. Plaintiffs' counsel believe that this Court's approval, adoption and ordering of the Revised Modified Settlement Agreement/Consent Decree is in the best interests of the Plaintiff class in this case. Defendant's counsel believes that this Court's approval, adoption and ordering of the Revised Modified Settlement Agreement/Consent Decree is in the best interests of the Human Services Department of the State of New Mexico.

Therefore, the parties jointly request that this Court:

1

a. approve, adopt and order the Revised Modified Settlement Agreement/Consent Decree filed contemporaneously with this motion;

b. order that the parties, their officers, agents, servants, employees and attorneys, and those persons in active concert with them who receive actual notice of the Revised Modified Settlement Agreement/Consent Decree be restrained from violating its terms, conditions and undertakings; and

c. retain jurisdiction over this matter to enforce the terms, conditions and undertakings of the Revised Modified Settlement Agreement, and its of the Revised Modified Settlement Agreement/Consent Decree.

Respectfully submitted,

 /s/ **SOVEREIGN HAGER**
Sovereign Hager
Maria Griego
New Mexico Center on Law and Poverty
924 Park Ave. SW, Suite C
Albuquerque, NM 87102
505-255-2840          Fax (505) 255-2778
sovereign@nmpovertylaw.org
maria@nmpovertylaw.org

Daniel Yohalem
Attorney at Law
1121 Paseo de Peralta
Santa Fe, NM 87501
505-983-9433          Fax (505) 989-4844
dyohalem@aol.com

Jane B. Yohalem
Attorney at Law
P.O. Box 2827
Santa Fe, NM 87504
505-988-2826          Fax: 505-982-6692
jbyohalem@gmail.com

*Attorneys for Plaintiffs*

  /s/ **CHRISTOPHER P. COLLINS**
New Mexico Human Services Department
2009 Pacheco Street
P.O. Box 2348
Santa Fe, New Mexico 87504
(505) 827-7701
christopher.collins@state.nm.us

*Attorney for Defendant*

### CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of August, 2018, I filed the foregoing pleading electronically with the United States District Court, causing the same to be electronically served on opposing counsel:

Christopher Collins
christopher.collins@state.nm.us

  /s/ **DANIEL YOHALEM**
Daniel Yohalem

3