# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**DEBRA HATTEN-GONZALES, et al.,**

       **Plaintiffs,**

v.                                           **No. CIV 88-385 KG/KBM**
                                              **Consolidated with**

**BRENT EARNEST, Secretary of the**         **No. CIV 88-786 KG/KBM**
**New Mexico Human Services Department,**

        **Defendant.**

## ORDER APPROVING AND ADOPTING
## SECOND REVISED MODIFIED CONSENT DECREE

This matter came before the Court on the parties' Joint Motion to Approve and Adopt Revised Modified Consent Decree filed on August 10, 2018. (Doc. 847). The parties in this case spent many months negotiating and updating the terms of a revised consent decree and have now reached agreement. The Court has reviewed the Joint Motion and the agreed-upon Second Revised Modified Settlement Agreement (Consent Decree), and held a hearing on this matter on August 21, 2018. The parties have informed the Court that this Second Revised Modified Settlement Agreement (Consent Decree) protects the interests of the Plaintiff class in this case and brings the current Consent Decree up to date with the current circumstances and practices of the New Mexico Human Services Department and with current federal mandates for the Supplemental Nutrition Assistance Program ("SNAP") and Medicaid. The Court has determined that approval of the Second Revised Modified Settlement Agreement filed on August 10, 2018 is in the best interests of the Plaintiff-class and of the parties to this litigation.

1

Therefore, IT IS ORDERED ADJUDGED AND DECREED that:

1. The Joint Motion to Approve and Adopt Revised Modified Consent Decree (Doc. 847) is hereby GRANTED;

2. The Court approves and adopts as its Order the Second Revised Modified Settlement Agreement, which has now been signed and re-named by the Court "Second Revised Modified Settlement Agreement and Order" and separately filed by the Court, and which is also attached hereto as Exhibit A and incorporated herein by this reference as though fully set forth in this Order. The Second Revised Modified Settlement Agreement and Order becomes the operant Consent Decree in this case;

3. The parties, their officers, agents, servants, employees and attorneys, and those persons in active concert with them who receive actual notice of the Second Revised Modified Settlement Agreement and Order are hereby restrained from violating its terms, conditions and undertakings; and

4. The Court retains jurisdiction over this matter to enforce the terms, conditions and undertakings of the Second Revised Modified Settlement Agreement and Order.

It is so ORDERED.

_____
UNITED STATES DISTRICT JUDGE