IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                                           Civ. No. 88-385 KG/CG
                                                           Consolidated with
                                                           Civ. No. 88-786 KG/CG

BRENT EARNEST, Secretary of the
New Mexico Human Services Department,

    Defendant.

## ORDER

On December 12, 2018, the Court held a status conference in this matter. Christopher Collins represented Defendant, who was present, while Daniel Yohalem and Sovereign Hager represented Plaintiffs. Having heard from counsel on the status of the Court-ordered case reviews, the Court ORDERS that

    1. on January 2, 2019, Plaintiffs will deliver to Defendant and the Special Master a preliminary case review report on 200 case reviews plus additional case reviews completed by January 2, 2019; and

    2. on January 31, 2019, Plaintiffs will deliver to Defendant and the Special Master a final case review report.

_____
UNITED STATES DISTRICT JUDGE