IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                              No. CIV 88-0385 KG/CG
                                   Consolidated with
                                   No. CIV 88-0786 KG/CG

BRENT EARNEST, Secretary of the
New Mexico Human Services Department,

    Defendant.

## ORDER GRANTING MOTION FOR WITHDRAWAL

THIS MATTER comes before the Court on Paul J. Kennedy's and Jessica M. Hernandez's Motion for Withdrawal of Appearance (Doc. 865). Finding the motion to be well-taken and noting that it is unopposed and made with the consent of Defendant Earnest, the Court hereby GRANTS the motion.

IT IS HEREBY ORDERED that the appearances of Paul J. Kennedy and Jessica M. Hernandez of Kennedy, Hernandez, & Associates, P.C. are withdrawn and their representation of Defendant Earnest thereby terminated.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

Submitted by:

 */s/Paul J. Kennedy*
Paul J. Kennedy
KENNEDY, HERNANDEZ & ASSOCIATES, P.C.
201 12th Street NW
Albuquerque, NM 87102
(505) 842-8662


Approved by:

 *Approved via email 12/12/18*
Daniel Yohalem
1121 Paseo de Peralta
Santa Fe, NM 87501
(505) 983-9433