IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

        Plaintiffs,

vs.                                                             No. CIV 88-0385 KG/CG
                                                             Consolidated with
                                                             No. CIV 88-0786 KG/CG

BRENT EARNEST, Secretary of the
New Mexico Human Services Department,

        Defendants.

## ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

THIS MATTER has come before the Court on the Defendant's-Appellee's, NEW MEXICO HUMAN SERVICES DEPARTMENT'S, Motion for Withdrawal and Substitution of Counsel. The motion is well taken, and it will be granted. Christopher P. Collins and George Heidke shall be permitted to withdraw from further representation and John R. Emery and Constance Tatham shall be entered as the attorneys of record for the Defendants-Appellees in this matter.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

*/s/ Christopher P. Collins*
Christopher P. Collins
*/s/ George Heidke, Approved via Email 12/19/18*
George Heidke
*/s/ John R. Emery*
John R. Emery
*/s/ Constance Tatham*
Constance Tatham
NM Human Services Department
P.O. Box 2348
Santa Fe, New Mexico 87504-2348
Office (505) 827-7701│Fax (505) 827-7729
Attorneys for Defendants-Appellees


Approved by:

*/s/ Daniel Yohalem Approval via Email 01/10/19*
NM Center on Law & Poverty
Daniel Yohalem
924 Park Ave. SW, Suite C
Albuquerque, NM 87102
Ph: (505) 255-2840
dyohalem@aol.com
Attorneys for Plaintiffs-Appellants