IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.
                                              No. CIV 88-0385 KG/CG
                                              Consolidated with
                                              No. CIV-88-0786 KG/CG

DAVID SCRASE, Secretary of the
New Mexico Human Services Department,

    Defendant.

## AGREED ORDER APPROVING BUDGET AND
## EXTENDING APPOINTMENT OF SPECIAL MASTER

This matter having come before the Court on the Defendant's *Unopposed Motion to Approve Special Master's Budget and Extend Appointment* for the remainder of fiscal year (FY) 2019 and through FY 2020 (July 1, 2019 through June 30, 2020) the Court hereby ORDERS:

1. Defendant (HSD), will ensure necessary funding is available to pay the Special Master for the remainder of FY 2019 (through June 30, 2019) and for FY 2020 (July 1, 2019 through June 30, 2020). HSD will track expenditures and make records available to Defendant, Plaintiff and the Court.

2. The budget established in Document 770, paragraph 7, was a reasonable and appropriate annual budget. Those same amounts listed in Document 770, paragraph 7, should be pro-rated to allow continued payment for the remainder of FY 2019, and for FY 2020 (July 1, 2019 through June 30, 2020).

3. "Relocation" costs identified in Document 770, paragraph 8, and "Initial expenses for the Special Master" identified in Document 770, paragraph 7, are no longer applicable.

1

4. All other provisions in Document 770 remain in effect.

5. The appointment of the Special Master is extended and will continue until June 30, 2020, or until the case is dismissed or the Court Orders otherwise upon motion or agreement of the parties, whichever occurs sooner.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

Constance Tatham
New Mexico Human Services Department
1474 Rodeo Rd.
P.O. Box 2348
Santa Fe, New Mexico 87505
(505) 827-7701
Attorney for Defendant

Approved by:

Maria Griego and Sovereign Hager
New Mexico Center on Law and Poverty
924 Park Ave. SW, Suite C
Albuquerque, NM 87102
(505) 255-2840 FAX (505) 255-2778

Daniel Yohalem
1121 Paseo de Peralta
Santa Fe, NM 87501
(505) 983-9433 FAX (505) 989-4844

Attorneys for Plaintiffs