IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                                                                      Civ. No. 88-385 KG/CG
                                                                              Consolidated with
                                                                              Civ. No. 88-786 KG/CG

DAVID SCRASE, Secretary of the
New Mexico Human Services Department,

    Defendant.

## ORDER APPROVING CORRECTIVE ACTION PLANS

This matter comes before the Court upon the parties' Joint Motion to Approve Two Corrective Action Plans, filed July 10, 2019. (Doc. 878). Having reviewed the Joint Motion to Approve Two Corrective Action Plans and the attached Corrective Action Plans, and having consulted with the Special Master and Compliance Officer on the appropriateness of the Corrective Action Plans, the Court finds that the Corrective Action Plans have merit and should be approved.

THEREFORE, IT IS ORDERED that the Joint Motion to Approve Two Corrective Action Plans (Doc. 878) is granted.

                                                                                        _____
                                                                                        UNITED STATES DISTRICT JUDGE