IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                                 No. CIV 88-0385 KG/CG
                                    Consolidated with
                                    No. CIV 88-0786 KG/CG

DAVID SCRASE, *Secretary of the*
*New Mexico Human Services Department*[1],

    Defendant.

## ORDER SETTING AN IN-PERSON STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held in person on **THURSDAY, November 21, 2019, at 10:00 AM** at the United States Courthouse, 4th Floor Mimbres Courtroom, 100 N. Church Street, Las Cruces, New Mexico.

_____
UNITED STATES DISTRICT JUDGE

---

1 Pursuant to Fed. R. Civ. P. 25(d), Secretary David Scrase has been substituted for former Secretary Brent Earnest.