IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                                               No. CIV 88-0385 KG/CG
                                                    Consolidated with
                                                      No. CIV-88-0786 KG/CG

DAVID SCRASE, Secretary of the
New Mexico Human Services Department,

    Defendant.

## ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

This matter has come before the Court on Plaintiffs' Unopposed Motion for Withdrawal and Substitution of Counsel. The motion is well taken and will be granted. Maria Griego and Adrianne Turner are permitted to withdraw from representation of the Plaintiffs in this matter. Teague González and Tim Davis will be entered as attorneys of record for the Plaintiffs in this matter.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

 /s/ *Tim Davis*
Sovereign Hager
Teague González
Tim Davis
New Mexico Center on Law and Poverty
924 Park Ave. SW, Suite C
Albuquerque, NM 87102
(505) 255-2840 FAX (505) 255-2778

Daniel Yohalem
1121 Paseo de Peralta
Santa Fe, NM 87501
(505) 983-9433 FAX (505) 989-4844

*Attorneys for the Plaintiff Class*

Approved by

/s/*Constance Tatham*
Paul Ritzma
John Emery
Constance Tatham
New Mexico Human Services Department
1474 Rodeo Rd.
P.O. Box 2348
Santa Fe, New Mexico 87505
(505) 827-7701

*Attorneys for Defendant*