IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

        Plaintiffs,

vs.                                            No. CIV 88-0385 KG/CG
                                                 Consolidated with
                                                 No. CIV 88-0786 KG/CG

DAVID R. SCRASE, Secretary of the
New Mexico Human Services Department,

        Defendant.

## ORDER GRANTING TWO WEEK EXTENSION OF TIME FOR PLAINTIFFS TO FILE RESPONSE TO DOC 893.

      This Court, having received the Unopposed Motion and finding Good Cause, ORDERS that PLAINTIFFS be given a two week extension to file their Response to Document 893 in the above referenced matter. The Response will be due by December 18, 2019.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:


/s/ *Teague Gonzalez*
Teague Gonzalez
Attorney for Plaintiffs


Approved by:

*/s/ Constance G. Tathum*
Constance G. Tathum
Attorney for Defendant