IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

        Plaintiffs,

vs.                                               No. CIV 88-0385 KG/CG
                                                     Consolidated with
                                                     No. CIV 88-0786 KG/CG

DAVID R. SCRASE, Secretary of the
New Mexico Human Services Department,

        Defendant.

## ORDER GRANTING TWO WEEK EXTENSION OF TIME FOR PLAINTIFFS TO FILE REPLY TO DOC 908

      This Court, having received the Unopposed Motion and finding Good Cause, ORDERS that PLAINTIFFS be given a two-week extension to file their Reply to Document 908 in the above referenced matter. The Reply will be due by January 14, 2020.

                                                                                              _____
                                                                                                    UNITED STATES DISTRICT JUDGE