IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                                   No. CIV 88-0385 KG/CG
                                      Consolidated with
                                      No. CIV-88-0786 KG/CG

DAVID SCRASE, Secretary of the
New Mexico Human Services Department,

    Defendant.

<u>ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME UNTIL
JANUARY 16, 2020, TO FILE REPLY IN SUPPORT OF DEFENDANT'S
RULE 60 (B)(5) MOTION TO MODIFY SETTLEMENT AGREEMENT
AND ORDER SECTIONS II, III AND IV (F)(1) (DOC 893)</u>

    This matter having come before the Court on the Unopposed Motion to Extend Time Until January 16, 2010 for Defendant to file the Reply in Support of Rule 60 (b)(5) Motion to Modify Settlement Agreement and Order Sections II, III and IV (F)(1) (Doc. 893), and finding the motion well taken, the Court hereby grants the motion, and

    ORDERS that Defendant may have until January 16, 2020 to file the reply in support of the Motion.

                                                                                           _____
                                                                                           UNITED STATES DISTRICT JUDGE

Submitted by:

Constance G. Tatham
New Mexico Human Services Department
Office of General Counsel
1474 Rodeo Rd.
P.O. Box 2348
Santa Fe, NM 87505
(505) 827-7701

Approved by:

Teague Gonzalez
New Mexico Center on Law and Poverty
925 Park Ave. SW Suite C
Albuquerque, NM 87102
(505) 255-2840