IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                               No. CIV 88-0385 KG/CG
                                         Consolidated with
                                           No. CIV-88-0786 KG/CG

DAVID SCRASE, Secretary of the
New Mexico Human Services Department,

    Defendant.

## **ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

    IT IS HEREBY ORDERED that a status conference will be held by telephone on

**THURSDAY, MARCH 26, 2020, AT 3:00 PM**. Counsel shall call the AT&T conference line

at 1-888-398-2342, using access code 9614892, to be connected to the proceedings. CALLS

WILL BE ACCEPTED FROM LANDLINES ONLY; NO CELL PHONES PLEASE.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE