IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                                                         No. CIV 88-0385 KG/CG
                                                            Consolidated with
                                                            No. CIV-88-0786 KG/CG

DAVID SCRASE, Secretary of the
New Mexico Human Services Department,

    Defendant.

**<u>AMENDED ORDER SETTING A TELEPHONIC STATUS CONFERENCE</u>**

IT IS HEREBY ORDERED that a status conference will be held by telephone on **<u>THURSDAY, MARCH 26, 2020, AT 3:15 PM</u>**. Counsel shall call the AT&T conference line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings. CALLS WILL BE ACCEPTED FROM LANDLINES ONLY; NO CELL PHONES PLEASE.

_____
UNITED STATES DISTRICT JUDGE