IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                                                                          No. CIV 88-0385 KG/CG
                                                                         Consolidated with
                                                                         No. CIV-88-0786 KG/CG

DAVID R. SCRASE, Secretary of the
New Mexico Human Services Department,

    Defendant.

## ORDER

    This matter comes before the Court *sua sponte*. On August 21, 2020, the Court ordered the parties to file separate proposals for the case file review process, if they could not agree on a case file review process. (Doc. 967) at 3. The Court also stated that "once those proposals are filed, the Court will decide on a case file review process with input from the Special Master." *Id*. The parties have timely filed their proposals for the case file review process. (Docs. 969 and 970).

    IT IS ORDERED that:

    1. the Special Master will review the parties' proposals for the case file review process and file a report with the Court recommending a case file review process; and

    2. the parties have 14 days from the filing of that report to file any objections to the report.

                                                                         _____
                                                                         UNITED STATES DISTRICT JUDGE