IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

     Plaintiffs,

vs.

                               No. CIV 88-0385 KG/CG
                               Consolidated with
                               No. CIV-88-0786 KG/CG

DAVID SCRASE, Secretary of the
New Mexico Human Services Department,

     Defendant.

**<u>STIPULATED ORDER</u>**

     This matter comes before the Court upon the Stipulated Motion of the Parties.  Having

reviewed the Motion and the stipulations, the Court finds that Defendant is willing to temporarily

provide (loan) counsel for the Plaintiffs with state-owned laptop computers due to the fact that

the counsel for the Plaintiffs do not have computer software resources sufficient to be able to

remotely access the ASPEN system.  Further, the Court finds that an Order is appropriate to

ensure that the case file review proceed without delay.

     IT IS ORDERED that:

     Defendant provide 5 state-owned laptop computers to counsel for the Plaintiffs for the

duration of the case review process so that the case file review activities can proceed without

delay and that counsel for the Plaintiffs return the laptops upon completion of the case file

review process.

                                                              
                                      UNITED STATE DISTRICT JUDGE