IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

        Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　　Civ. No. 88-385 KG/CG
　　　　　　　　　　　　　　　　　　　　　　　　Consolidated with
　　　　　　　　　　　　　　　　　　　　　　　　Civ. No. 88-786 KG/CG

DAVID R. SCRASE, Secretary of the
New Mexico Human Services Department,

        Defendant.

### ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

This matter has come before the Court on Plaintiffs' Unopposed Motion for Withdrawal and Substitution of counsel. The motion is well taken and will be granted. Tim Davis is permitted to withdraw from representation of the Plaintiffs in this matter. Verenice Peregrino Pompa will be entered as attorney of record for the Plaintiffs in this matter.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ *Verenice Peregrino Pompa*
Sovereign Hager
Teague González
Verenice Peregrino Pompa
New Mexico Center on Law and Poverty
301 Edith Blvd NE
Albuquerque, NM 87102
(505) 255-2840 FAX (505) 255-2778

Daniel Yohalem
1121 Paseo de Peralta
Santa Fe, NM 87501
(505) 983-9433 FAX (505) 989-4844

*Attorneys for the Plaintiff Class*

Approved by

*/s/ Paul Ritzma*
Paul Ritzma
New Mexico Human Services Department
1474 Rodeo Rd.
P.O. Box 2348
Santa Fe, New Mexico 87505
(505) 827-7701

*Attorney for Defendant*