IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.

DAVID R. SCRASE, Secretary of the
New Mexico Human Services Department,

    Defendant.

Civ. No. 88-0385 KG/CG
Consolidated with
Civ. No. 88-786 KG/CG

## ORDER AMENDING SURVEY DEADLINES

This matter comes before the Court on request from the parties to the Special Master to minimally modify certain deadlines imposed in the Order Following February 25, 2022 Hearing (Doc. 1040). The Court understands that the parties are working together to resolve outstanding issues and requested extra time to facilitate those efforts.

The deadlines are modified as follows:

| ITEM | Original Deadline | NEW DEADLINE |
|---|---|---|
| If possible, joint proposal regarding conduct of survey submitted to Special Master | March 15, 2022 | 5:00pm March 21, 2022 |
| If unable to agree on joint proposal, individual proposals regarding conduct of survey submitted to Special Master | March 16, 2022 | 5:00pm March 22, 2022 |
| In the event of competing proposals, Special Master will determine process for conducting the survey | March 23, 2022 | March 29, 2022 |
| Survey to commence | April 1, 2022 | April 8, 2022 |
| Survey to conclude | June 30, 2022 | July 7, 2022 |
| Defendant to file report of its findings and upload raw data to DHG Litigation Document Library | July 15, 2022 | July 22, 2022 |

IT IS SO ORDERED.

                                                                                                UNITED STATES DISTRICT JUDGE