IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

     Plaintiffs,

vs.

                                          Civ. No. 88-0385 KG/CG
                                          Consolidated with
                                          Civ. No. 88-786 KG/CG

DAVID R. SCRASE, Secretary of the
New Mexico Human Services Department,

      Defendant.

ORDER

The Special Master filed his 2022 Case Review Recommendations on Monday, July 25, 2022.  (Doc. 1052).  Objections, if any, to these documents and/or the Special Master's Recommendations must be filed within fourteen (14) calendar days from the date of entry of this Order.  Failure to timely file objections will be considered consent to adopt the Special Master's Recommendations.  In considering whether to file objections, the parties should assume the Court will not grant or allow any extensions of the case review deadlines ultimately imposed. No extensions to the objections deadline will be granted or otherwise allowed.

     IT IS SO ORDERED.

                                      _____
                                      UNITED STATES DISTRICT JUDGE