IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.

                                                                                                     Civ. No. 88-0385 KG/CG
                                                                                    Consolidated with
                                                                                    Civ. No. 88-786 KG/CG

DAVID R. SCRASE, Secretary of the
New Mexico Human Services Department,

    Defendant.

## ORDER

    This matter comes before the Court *sua sponte*. Following the February 25, 2022 hearing, the Court took part of Plaintiffs' Motion to Enforce Judgment (Doc. 1019) under advisement pending a statewide survey. *See* (Doc. 1040). The parties subsequently stipulated to various actions "as a sufficient resolution to all the language access issues raised in Plaintiffs' Refiled Motion (Doc. 1019)." (Doc. 1043-1). The Court accepted that stipulation. (Doc. 1044).

    Based on this stipulation, the Court finds that the only remaining portion of Plaintiffs' Motion to Enforce Judgment (Doc. 1019) is moot and is hereby denied as moot.

    IT IS SO ORDERED.

                                                                                                                            UNITED STATES DISTRICT JUDGE