IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.

DAVID R. SCRASE, Secretary of the
New Mexico Human Services Department,

    Defendant.

Civ. No. 88-0385 KG/CG
Consolidated with
Civ. No. 88-786 KG/CG

## ORDER

This matter comes before the Court on Plaintiffs' Motion for Extension of Two Weeks for Plaintiffs to File Responses to Defendant's Three Motions (Docs. 1081, 1082 and 1083), and Defendant's Response thereto. (Docs. 1088 and 1089, respectively). Having considered the Motion and Response, the Court finds good cause to extend Plaintiffs' deadline to respond to Defendant's filings (Docs. 1081, 1082, and 1083).

The Court grants-in-part Plaintiffs' Motion. Plaintiffs will file their responses, if any, to Documents 1081, 1082, and 1083, by 5:00pm on December 12, 2022. To the extent Plaintiffs' seek additional relief, the Motion is denied-in-part.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE