IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBRA HATTEN-GONZALES, et al.,

    Plaintiffs,

vs.                                                      Civ. No. 88-0385 KG/GBW
                                                         Consolidated with
                                                         Civ. No. 88-786 KG/GBW

DAVID R. SCRASE, Secretary of the
New Mexico Human Services Department,

    Defendant.

AMENDED ORDER SETTING IN-PERSON STATUS CONFERENCE

Following entry of the Court's Order Setting In-Person Status Conference (Doc. 1100), it came to the Court's attention that Defendant, Dr. David R. Scrase, Secretary of the New Mexico Human Services Department (HSD), announced his retirement from his post in approximately three weeks. Accordingly, Defendant may appear personally or may designate one (1) person to speak on his behalf regarding the SNAP program and one (1) person to speak on his behalf regarding the Medicaid program. The Court will hear from no more than two individuals on behalf of Defendant. These individuals must appear in person and must be thoroughly prepared to discuss all matters identified in the Court's prior Order (Doc. 1100).

Additionally, the Court RESETS this matter for an **IN-PERSON STATUS CONFERENCE** on Thursday, February 9, 2023, at 1:30 p.m. in the Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, Albuquerque NM 87102. A courtroom will be determined at a later date.

IT IS SO ORDERED.

                                                                UNITED STATES DISTRICT JUDGE