IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ABIGALE KNOWLTON, et al.,

    Plaintiffs,

vs.                                                                                     Civ. No. 88-0385 KG/JHR
                                                                          Consolidated with
                                                                          Civ. No. 88-786 KG/JHR

KARI ARMIJO, Acting Secretary of the
New Mexico Human Services Department,

    Defendant.

ORDER SETTING AN IN-PERSON MOTION HEARING

IT IS HEREBY ORDERED that a hearing on Plaintiffs' *Motion to Enforce Judgment* (Doc. 1103) will be held on **THURSDAY, NOVEMBER 16, 2023, AT 9:30 A.M.** at the United States Courthouse, Piñon Courtroom, 106 S. Federal Place, Santa Fe, New Mexico.

Defendant's witness list, exhibit list, and copies of all exhibits are due to the Court, Special Master and counsel on or before 5:00 P.M. Thursday, November 9, 2023.

IT IS SO ORDERED.

                                                                        UNITED STATES DISTRICT JUDGE