IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ABIGALE KNOWLTON, *et al.*,

    Plaintiffs,

vs.

                                            Civ. No. 88-385 KG/JHR
                                            Consolidated with
                                            Civ. No. 88-786 KG/JHR

KARI ARMIJO, *Secretary of the*
*New Mexico Human Services Department*,

    Defendant.

ORDER EXTENDING APPOINTMENT OF SPECIAL MASTER

The Court notes that its appointment of the Special Master expires on June 30, 2024. (Doc. 1118). While Defendant has made progress in complying with the Second Revised Modified Settlement Agreement and Order (Doc. 854-1), court orders, and federal law, the Court finds that Defendant still has compliance issues in need of resolution. This case in part is stayed because specific issues are pending on appeal. Even so, the Special Master continues his work, including monitoring compliance facilitating court-ordered monthly conferences with the parties and reporting to the Court as necessary. The Court, therefore, determines that it is appropriate to extend the appointment of the Special Master until June 30, 2025, as provided by (Docs 751 and 762), or until the case is dismissed or the Court orders otherwise, whichever occurs sooner.

                                                                               UNITED STATES DISTRICT JUDGE