IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ABIGALE KNOWLTON, et al.,

    Plaintiffs,

vs.       No. CIV 88-0385 KG/CG
    Consolidated with
    No. CIV-88-0786 KG/CG

Kari Armijo, Secretary of the
New Mexico Health Care Authority,

    Defendant.

## ORDER

The Special Master and Compliance Specialist filed their 2025 Case Review Report on Friday, January 9, 2026. (Doc. 1198). Objections, if any, to these documents and/or the Special Master's Recommendations must be filed within fourteen (14) calendar days from the date of entry of this Order. Failure to timely file objections will be considered consent to adopt the Special Master's Recommendations. In considering whether to file objections, the parties should assume the Court will not grant or allow any extensions of the case review deadlines ultimately imposed. No extensions to the objections deadline will be granted or otherwise allowed.

    IT IS SO ORDERED.

    /s/Kenneth J. Gonzales
    CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.