IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ABIGALE KNOWLTON, *et al*.,

      Plaintiffs,

vs.                                                No. CIV 88-0385 KG/JHR
                                                   Consolidated with
                                                   No. CIV 88-0786 KG/JHR

KARI ARMIJO, *Cabinet Secretary for the
New Mexico Human Services Department*,

      Defendant.

ORDER SETTING AN IN-PERSON STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held in person on **MONDAY, MARCH 23, 2026, at 10:00 AM** in the 2nd Floor Martha Vazquez Historical Courtroom at the United States Courthouse, 106 S. Federal Place, Santa Fe, New Mexico.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.