**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ABIGALE KNOWLTON, et al.,

       Plaintiffs,

v.

KARI ARMIJO, Secretary of the
New Mexico Health Care Authority,

       Defendant.

No. CIV 88-0385 KG/CG
Consolidated with
No. CIV 88-0786 KG/CG

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

THIS MATTER came before the Court upon the Unopposed Motion to Withdraw as Counsel filed by Kathleen Rosemary Bryan, and the Court being otherwise fully advised in the premises, FINDS that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that Kathleen Rosemary Bryan is hereby permitted to withdraw as counsel of record for Defendant Kari Armijo, Secretary of the New Mexico Health Care Authority.

IT IS FURTHER ORDERED that James J. Grubel shall remain counsel of record for Defendant Kari Armijo, Secretary of the New Mexico Health Care Authority.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted:

/s/ Kathleen Rosemary Bryan
Kathleen Rosemary Bryan
Chief General Counsel
New Mexico Health Care Authority
1474 Rodeo Road
Santa Fe, NM 87505
(505) 490-7506
rose.bryan@hca.nm.gov


Approved:

*Counsel for Plaintiffs*


Electronically Approved 04-23-26
Sovereign Hager
Marco Alarid White
New Mexico Center on Law and Poverty
924 Park Ave. SW, Suite C
Albuquerque, NM 87102
(505) 255-2840
Fax: (505) 255-2778


Daniel Yohalem
1121 Paseo de Peralta
Santa Fe, NM 87501
(505) 983-9433
Fax: (505) 989-4844


*Counsel for Defendant*

/s/ *James J. Grubel*
James J. Grubel
Park & Associates, LLC
3840 Masthead Street, N.E.
Albuquerque, NM 87109
(505) 246-2805
jgrubel@parklawnm.com