IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ABIGALE KNOWLTON, *et al.*,

      Plaintiffs,

vs.

                                    Civ. No. 88-385 KG/JHR
Consolidated with
Civ. No. 88-786 KG/JHR

KARI ARMIJO, *Secretary of the*
*New Mexico Human Services Department*,

      Defendant.

ORDER EXTENDING APPOINTMENT OF SPECIAL MASTER

The Court notes that its appointment of the Special Master expires on June 30, 2026. (Doc. 1187). While Defendant has made progress in complying with the Second Revised Modified Settlement Agreement and Order (Doc. 854-1), court orders, and federal law, the Court finds that Defendant still has compliance issues in need of resolution. The Special Master continues his work, including monitoring compliance facilitating court-ordered monthly conferences with the parties and reporting to the Court as necessary. The Court, therefore, determines that it is appropriate to extend the appointment of the Special Master until June 30, 2027, as provided by (Docs. 751 and 762), or until the case is dismissed or the Court orders otherwise, whichever occurs sooner.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.