IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ABIGALE KNOWLTON, et al.,

      Plaintiffs,

vs.                                No. CIV 88-0385 KG/CG
                                         Consolidated with
                                         No. CIV 88-0786 KG/CG

KARI ARMIJO, *Secretary of the*
*New Mexico Health Care Authority*,

      Defendant.

ORDER

This matter comes before the Court *sua sponte* and the Special Master's July 2, 2026, proposed cost of living increase to the budget for the Special Master and Compliance Officer salary.

The Court notes neither the Special Master nor the Compliance Officer have received a cost-of-living adjustment since 2019, seven years ago.  *See* Doc. 881.  In the meantime, and because of inflation, many state and federal employees have borne the burden of inflationary costs.  As a result, cost of living pay increases have been approved for federal and state employees.

The Court notes that certain employees of the State of New Mexico received a 1 percent pay increase in fiscal year beginning July 1, 2026.

The Court also notes all federal employees received a 1 percent Employment Cost Index (ECI) adjustment during fiscal year 2026 across-the-board ECI adjustment.

The Special Master and Compliance Officer both are acting in their duties in this case on behalf of the United States District Court.

The Court previously approved the budget for the Special Master, including that for salaries (Doc. 770).

The costs associated with the budget, including that for salaries of both the Special Master and Compliance Officer are paid by the State of New Mexico.

The Court also notes the progress made in this case, due to the efforts of the Special Master, Compliance Officer and the parties to eliminate significant backlogs in all program areas, achieve timeliness standards, and improve access to services for applicants and clients.

The Court finds a budget increase is reasonable and, therefore, approves a 2 percent increase to the budget for the Special Master and Compliance Officer salaries. Specifically, the Court approves a 1 percent ECI adjustment commensurate with that for federal employees and an additional 1 percent increase to achieve an increase commensurate with certain state employees, for a total 2 percent budget increase.

IT IS ORDERED that the Orders (Docs. 770 & 881) approving the budget for the Special Master is amended as follows:

1. Special Master salary will increase from $208,000.00 to $212,160.00 per year; and

2. Compliance Officer salary will increase from $130,000.00 to $132,600.00 per year.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.