**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**ABIGALE KNOWLTON, et al.,**

**Plaintiffs,**

**vs.**

**No. CIV 88-0385 KG/GBW**
**Consolidated with**
**No. CIV-88-0786 KG/GBW**

**KARI ARMIJO, Secretary of the**
**New Mexico Human Services Department,**

**Defendant.**

**ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

This matter has come before the Court on Plaintiffs' Unopposed Motion for Withdrawal and Substitution of Counsel. The motion is well taken and will be granted. Sovereign Hager is permitted to withdraw from representation of the Plaintiffs in this matter. Nicolas Cordova will replace Sovereign Hager as an attorney of record in this case.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Respectfully Submitted,

*/s/ Sovereign Hager*
Sovereign Hager
New Mexico Center on Law and Poverty
301 Edith Blvd. NE
Albuquerque, NM 87012
sovereign@nmpovertylaw.org
505-255-2840

*/s/ Daniel Yohalem*
Daniel Yohalem
1232 Vallecita Drive
Santa Fe, NM 87501
daniel.yohalem@gmail.com
(505) 690-2193

*/s/ Marco Alarid White*
Marco Alarid White
New Mexico Center on Law and Poverty
301 Edith Blvd. NE
Albuquerque, NM 87012
marco@nmpovertylaw.org
505-255-2840

*Counsel for Plaintiff*

Approved by:

James J. Grubel
Park & Associates LLC.
3840 Masthead Street, N.E.
Albuquerque, NM 87109
(505) 246-2805
jgrubel@parklawnm.com
*Counsel for Defendant*