**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**ABIGALE KNOWLTON, et al.,**

**Plaintiffs,**

**v.**

**No. CIV 88-0385 KG/JHR**
**Consolidated with**
**No. CIV 88-0786 KG/JHR**

**KARI ARMIJO, Secretary of the**
**New Mexico Health Care Authority,**

**Defendant.**

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE**
**TO RESPOND TO PLAINTIFFS' MOTION TO ENFORCE**

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Extend Deadline to Respond to Plaintiffs' Motion to Enforce. The Court, having reviewed the Motion and being otherwise fully advised, finds that the Motion is well taken.

IT IS THEREFORE ORDERED that Defendant's deadline to respond to Plaintiffs' Motion to Enforce Compliance with the Decree (Doc. 1221) is extended through October 6, 2026.

/s/Kenneth J. Gonzales____________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

**APPROVED:**

**PARK & ASSOCIATES, LLC**

*By: /s/ James J. Grubel*
James J. Grubel
Counsel for Defendant

**NEW MEXICO CENTER ON LAW AND POVERTY**

By: /s/ *Daniel Yohalem*
Daniel Yohalem
Counsel for Plaintiffs